# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miller, Jr., Robert L. | U.S.D.C. (INN) | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (active) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2014 to 12/31/2014 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

325 Robert A. Grant Fed. Bldg.
204 S. Main St.
South Bend, IN 46601

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/06 | West Pub. Co. - Royalties 15% (3d edition of lawbook) |
| 2. 4/10 | Thomson Reuters (West Pub. Co.) Royalties 15% - annual lawbook |
| 3. 4/10 | Thomson Reuters (West Pub. Co.) Royalties 15% - supplement to 3d edition |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/1, 9/1 | Thomson Reuters (West Pub. Co..) | $29,209.14 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | State of Indiana - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fedceral Judges Association | May 3-4, 2014 | Washington, D.C. | Annual Board Meeting | Room, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sprint Corp. (common) | A | Dividend | J | T | | | | | |
| 2. IRA - Raymond James -h | | | | | | | | | |
| 3. Investment Co. of America (mut fund) American Funds family | A | Dividend | L | T | | | | | |
| 4. Fundamental Investors Inc (mut fund) American Funds Family | A | Dividend | K | T | | | | | |
| 5. New Perspective Fund (mut fund) American Funds family | A | Dividend | L | T | | | | | |
| 6. Smallcap World Fund (mut fund) American Funds family) | A | Dividend | K | T | | | | | |
| 7. New Economy FUnd (mut fund) American Funds family | A | Dividend | K | T | | | | | |
| 8. Touchstone Growth Value (mut fund) Touchstone family | A | Dividend | J | T | | | | | |
| 9. IRA - Raymond James -d | | | | | | | | | |
| 10. Heritage Cash Trust | A | Distribution | J | T | | | | | |
| 11. Touchstone Emerging Growth Fund (mut fund) Touchstone family | | None | J | T | | | | | |
| 12. Touchstone Growth Value Fund (mut fund) Touchstone family | A | Distribution | K | T | | | | | |
| 13. IRA - Standard Federal Bank | A | Interest | J | T | | | | | |
| 14. Raymond James -a | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. .1044% interest in unit at Disney World | | None | J | R | | | | | |
| 17. undivided interest in real estate in Cass County, MI | | None | J | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Investments and Trusts for Part VII:

19. 1st Source Bank money market (j) Income B/interest Gross value M/T
20. Century Tel common stock Income A/dividend Gross value J/T

Additional Information or Explanations from Part VII Investments and Trusts

a- Part VII, line 14. This account holds the Sprint common stock shown on line 1 of Part VII. There is no additional value to this account beyond the Sprint stock.

b- PartVII, line 16. This was purchased on December 11, 1993 for $11,210.

c- Part VII, line 17. This was purchased in ▓▓▓▓ transaction for $1 on October 10, 1998.

d- Part VII, line 9. This IRA consists solely of the assets listed on lines 10-12 of Part VII. There is no additional value to this account.

h- Part VII, line 2. This IRA consists of the assets listed on lines 3-8 of Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Robert L. | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert L. Miller, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544